UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
__SOUTHERN DIVISION__


JULIE VOND,

       Plaintiff,

                           File no: 1:18-CV-380

v.

                           HON. ROBERT J. JONKER

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/


## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION


The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

NOW THEREFORE, the Report and Recommendation (ECF No.17) is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

The decision of the Commissioner of Social Security is hereby **AFFIRMED**.




Dated: <u>December 19, 2018</u>             <u>/s/ Robert J. Jonker</u>
                                   ROBERT J. JONKER
                                   CHIEF UNITED STATES DISTRICT JUDGE